**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6572**

———————

DORIS FOSTER,

       Defendant - Appellant,

   v.

UNITED STATES OF AMERICA,

       Plaintiff - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:09-cr-00013-MR-DLH-7)

———————

Submitted:  July 28, 2016        Decided:  August 2, 2016

———————

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Doris Denise Foster, Appellant Pro Se.  Thomas Michael Kent, OFFICE OF THE UNITED STATES ATTORNEY, Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, Thomas A. O'Malley, OFFICE OF THE UNITED STATES ATTORNEY, Jill Westmoreland Rose, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doris Denise Foster appeals the district court's order denying her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Foster, No. 1:09-cr-00013-MR-DLH-7 (W.D.N.C. Apr. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED